# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF: ) | |
| ) | **ORDER** |
| A White in Color, Chrysler 300 Car, Bearing ) | |
| North Dakota License Plate 145BJJ ) | Case No. 1:22-mj-237 |

In the affidavit filed in support of the above-captioned Tracking Warrant, the affiant requested that this matter remain under seal until October 28, 2022.

The court granted the request and **ORDERS** that all materials associated with the above-captioned Tracking Warrant, including the Tracking Warrant, Application for Tracking Warrant, supporting affidavit, and Tracking Warrant Return shall remain under seal until October 28, 2022, at which time this matter shall be unsealed without further order of the court.

Dated this 17th day of October, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court